# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 23-cv-02307-JST<br><br>**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 24 |

The mediator has filed a certification that this case has settled. ECF No. 24. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: November 17, 2023



JON S. TIGAR
United States District Judge